| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Mohammed Gulam Rabbani<br><br>Debtor. | |

**Order Filed on August 9, 2017 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| Case No.: | 17-24973 (JKS) |
| Judge: | Hon. John K. Sherwood |
| Chapter: | 13 |

**ORDER EXCUSING DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 9, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Debtor:**             Mohammed Gulam Rabbani
**Case No.:**           17-24973 (JKS)
**Caption of Order:**   Order Excusing Debtor's Failure to Comply with 11 U.S.C. § 109(h)

**WHEREAS** the Court issued an Order to Show Cause why the case should not be dismissed due to the debtor's failure to receive credit counseling during the 180-day period ending on the date of the filing of the petition in accordance with 11 U.S.C. § 109(h); and the debtor completed the required credit counseling course on August 7, 2017; and for good cause shown; it is

**ORDERED** that the debtor's failure to comply with 11 U.S.C. § 109(h) is excused.