UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700

Order Filed on August 18, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

MOHAMMED GULAM RABBANI

| | |
|---|---|
| Case Number: | 17-24973 |
| Hearing Date: | |
| Judge: | JKS |
| Chapter: | 13 |

Recommended Local Form:  ☑ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 18, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☐   Granted.  The deadline to file schedules is extended to _____August 23, 2017_____.

☐   Denied.

*rev.8/1/15*