UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632

Order Filed on September 5, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

MOHAMMED GULAM RABBANI

Case Number: 17-24973

Hearing Date:

Judge: JKS

Chapter: 13

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** September 5, 2017

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☐ Granted. The deadline to file schedules is extended to ___September 1, 2017___.

☐ Denied.

*rev.8/1/15*