Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−24973−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mohammed Gulam Rabbani
    66−68 Front Street
    Paterson, NJ 07522

Social Security No.:
    xxx−xx−6568

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

    Chapter 13 Plan and Motions (Page 6 Missing Attorney and Debtor's Signature)

2. This case will be dismissed on September 21, 2017, unless the missing documents are received on or before that date by the Clerk of the Court at:

    U.S. Bankruptcy Court
    MLK Jr Federal Building
    50 Walnut Street
    Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before September 21, 2017.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED (Most documents were revised effective 12/1/15).**

Dated: September 7, 2017
JAN: mlc

                              Jeanne Naughton
                              Clerk

    If the schedules you file contain more creditors than were included on the list of creditors filed with your petition, you must also file an Amended List of Creditors when you file the documents listed above. You must also pay a fee in the amount of $31.00 to amend the List of Creditors. Payment must be made in the form of a certified check, money order or attorney's check.