**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632

In Re:

MOHAMMED GULAM RABBANI

Case Number: 17-24973

Hearing Date: _____

Judge: JKS

Chapter: 13

Order Filed on September 5, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

| Recommended Local Form: | ☑ Followed | ☐ Modified |

# ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 5, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☐   Granted.  The deadline to file schedules is extended to ____September 1, 2017____.

☐   Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-24973-JKS
Mohammed Gulam Rabbani                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 05, 2017
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2017.
db             Mohammed Gulam Rabbani,    66-68 Front Street,    Paterson, NJ  07522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Marie-Ann  Greenberg    magecf@magtrustee.com
       Steven D. Pertuz    on behalf of Debtor Mohammed Gulam Rabbani pertuzlaw@verizon.net, G16461@notify.cincompass.com
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 4