Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                               Case No.:  17−24973−JKS
                               Chapter:  13
                               Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammed Gulam Rabbani
   66−68 Front Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−6568

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               10/12/17
Time:              09:00 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 7, 2017
JAN: rh

                                                                  Jeanne Naughton
                                                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammed Gulam Rabbani  
    Debtor

Case No. 17-24973-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Sep 07, 2017  
                               Form ID: 132          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2017.
```
db             Mohammed Gulam Rabbani,    66-68 Front Street,    Paterson, NJ  07522
516960916     +American Express,    PO Box 981535,    El Paso, TX 79998-1535
516960912     +HSBC Bank USA, NA,    PO Box 2013,    Buffalo, NY 14240-2013
516960914     +JC Penney Credit Card,    Synchrony Bank,    PO Box 105972,    Atlanta, GA 30348-5972
516960913     +KML Law Group, PC,    216 Haddon Ave.,    Ste. 406,    Westmont, NJ 08108-2812
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2017 01:21:35      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2017 01:21:33       United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 01:17:49
               Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,    PO BOX 41021,
               Norfolk, VA 23541-1021
516960915      E-mail/Text: mrdiscen@discover.com Sep 08 2017 01:20:57      Discover Financial Services,
               PO Box 30943,    Salt Lake City, UT 84130
516970435      E-mail/Text: mrdiscen@discover.com Sep 08 2017 01:20:57      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517021374      E-mail/Text: camanagement@mtb.com Sep 08 2017 01:21:21      HSBC Bank USA, National Association,
               c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
516965473     +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 01:17:49      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516984635     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 08 2017 01:38:12       T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Steven D. Pertuz     on behalf of Debtor Mohammed Gulam Rabbani pertuzlaw@verizon.net,
               G16461@notify.cincompass.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```