| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><small>Caption in Compliancer with D.N.J. LBR 9004-2(c)</small><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>(609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorney for M&T Bank, as servicer for HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>NOV 14 2018<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY<br><br>Case No.: 17-24973-JKS<br><br>Judge: John K. Sherwood<br><br>Chapter: 13 |
| In Re:<br>Mohammed Gulam Rabbani<br>                        Debtor | |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

11/14/18                    /s/ JKS

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on March 28, 2018:

Property: 66-68 Front Street, Paterson, NJ 07522

Creditor: M&T Bank, as servicer for HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by M&T Bank, as servicer for HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective September 7, 2018.