| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><small>Caption in Compliancer with D.N.J. LBR 9004-2(c)</small><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>(609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorney for M&T Bank, as servicer for HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>NOV 1 4 2018<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____ DEPUTY<br><br>Case No.: <u>17-24973-JKS</u><br><br>Judge: <u>John K. Sherwood</u><br><br>Chapter: <u>13</u> |
| In Re:<br>Mohammed Gulam Rabbani<br>　　　　　　Debtor | |

### ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

11/14/18　　　　/s/ JKS

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>March 28, 2018</u>:

Property: <u>66-68 Front Street, Paterson, NJ 07522</u>

Creditor: <u>M&T Bank, as servicer for HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3</u>

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by _____.

☒ Early Termination of the Loss Mitigation Period having been filed by <u>M&T Bank, as servicer for HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3</u>, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____.

The Loss Mitigation Period is terminated, effective <u>September 7, 2018</u>.

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammed Gulam Rabbani  
    Debtor

Case No. 17-24973-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 14, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.  
db          Mohammed Gulam Rabbani,    66-68 Front Street,    Paterson, NJ   07522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 rsolarz@kmllawgroup.com  
         Steven D. Pertuz    on behalf of Debtor Mohammed Gulam Rabbani pertuzlaw@verizon.net, G16461@notify.cincompass.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                               TOTAL: 5