| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>MOHAMMED GULAM RABBANI |

Order Filed on January 14, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-24973 JKS

Hearing Date:  1/10/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 14, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): MOHAMMED GULAM RABBANI

Case No.: 17-24973

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/10/2019 on notice to STEVEN D. PERTUZ, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 1/24/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.