UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

In Re:

MOHAMMED G. RABBANI

**Order Filed on March 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-24973

Chapter: 13

Judge: JKS

# ORDER AUTHORIZING RETENTION OF

FUSCO & MACALUSO

The relief set forth on the following page is **ORDERED**.

**DATED: March 10, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain    Fusco & Macaluso

as    Special Personal Injury Counsel   , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:    Fusco & Macaluso
   150 Passaic Avenue
   Passaic, NJ 07055

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammed Gulam Rabbani  
    Debtor

Case No. 17-24973-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 11, 2019  
                         Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.
```
db             Mohammed Gulam Rabbani,    66-68 Front Street,    Paterson, NJ   07522
aty           +Fusco & Macaluso,    Fusco & Macaluso,    150 Passaic Avenue,    PO Box 838,
               Passaic, NJ 07055-0838
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 rsolarz@kmllawgroup.com
              Steven D. Pertuz    on behalf of Debtor Mohammed Gulam Rabbani pertuzlaw@verizon.net,
               G16461@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```