Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–24973–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammed Gulam Rabbani
   66–68 Front Street
   Paterson, NJ 07522
Social Security No.:
   xxx–xx–6568
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/27/19 at 10:00 AM

to consider and act upon the following:

*78* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 5/24/2019. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) (Greenberg, Marie–Ann)

*81* – Certification in Opposition to (related document:78 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 5/24/2019. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) filed by Trustee Marie–Ann Greenberg) filed by Steven D. Pertuz on behalf of Mohammed Gulam Rabbani. (Attachments: # 1 Certificate of Service) (Pertuz, Steven)

Dated: 5/28/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court