Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−24973−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mohammed Gulam Rabbani
66−68 Front Street
Paterson, NJ 07522

Social Security No.:
xxx−xx−6568

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/27/19 at 10:00 AM

to consider and act upon the following:

*80* − Creditor's Certification of Default (related document:39 Motion for Relief from Stay re: re: 66 −68 Front Street, Paterson, NJ, 07522. Fee Amount $ 181. filed by Creditor HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004−3, 49 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004−3. Objection deadline is 05/31/2019. (Attachments: # 1 Exhibit A − Agreed Order # 2 Exhibit B − Certificate # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*82* − Certification in Opposition to (related document:80 Creditor's Certification of Default (related document:39 Motion for Relief from Stay re: re: 66 −68 Front Street, Paterson, NJ, 07522. Fee Amount $ 181. filed by Creditor HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004−3, 49 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004−3. Objection deadline is 05/31/2019. (Attachments: # 1 Exhibit A − Agreed Order # 2 Exhibit B − Certificate # 3 Proposed Order # 4 Certificate of Service) filed by Creditor HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004−3) filed by Steven D. Pertuz on behalf of Mohammed Gulam Rabbani. (Attachments: # 1 Certificate of Service) (Pertuz, Steven)

Dated: 5/28/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court