Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                       Case No.: 17−24973−JKS
                       Chapter: 13
                       Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammed Gulam Rabbani
   66−68 Front Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−6568

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/5/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 5, 2019
JAN: zlh

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-24973-JKS
Mohammed Gulam Rabbani                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 05, 2019
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2019.
db             Mohammed Gulam Rabbani,    66-68 Front Street,    Paterson, NJ 07522
aty           +Fusco & Macaluso,    Fusco & Macaluso,    150 Passaic Avenue,    PO Box 838,
               Passaic, NJ 07055-0838
516960913     +KML Law Group, PC,    216 Haddon Ave.,    Ste. 406,    Westmont, NJ 08108-2812
517157838      Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 00:17:03     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 00:16:59     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Nov 06 2019 04:33:00     Synchrony Bank c/o PRA Receivables Management, LLC,
               Valerie Smith,    PO BOX 41021,    Norfolk, VA 23541-1021
516960916     +EDI: AMEREXPR.COM Nov 06 2019 04:38:00     American Express,    PO Box 981535,
               El Paso, TX 79998-1535
516960915      EDI: DISCOVER.COM Nov 06 2019 04:38:00     Discover Financial Services,    PO Box 30943,
               Salt Lake City, UT 84130
516970435      EDI: DISCOVER.COM Nov 06 2019 04:38:00     Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH 43054-3025
516960912     +EDI: HFC.COM Nov 06 2019 04:33:00     HSBC Bank USA, NA,    PO Box 2013,
               Buffalo, NY 14240-2013
517021374      E-mail/Text: camanagement@mtb.com Nov 06 2019 00:16:34     HSBC Bank USA, National Association,
               c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
516960914     +EDI: RMSC.COM Nov 06 2019 04:33:00     JC Penney Credit Card,    Synchrony Bank,    PO Box 105972,
               Atlanta, GA 30348-5972
517207555      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 06 2019 00:24:44
               LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
               Greenville, SC 29603-0675
516965473     +EDI: RMSC.COM Nov 06 2019 04:33:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
516984635     +EDI: AIS.COM Nov 06 2019 04:38:00     T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-3 rsolarz@kmllawgroup.com

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Nov 05, 2019
                              Form ID: 148             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Steven D. Pertuz    on behalf of Debtor Mohammed Gulam Rabbani pertuzlaw@verizon.net, G16461@notify.cincompass.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                         TOTAL: 6